UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/10

ALFREDO VICTORIA ©
NUWAUBI MOOR

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

1. WILLIAM LEE
2. PARCEL
3. OCOONER
4. MCKIEZER
5. STEFAIONI

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

Second
AMENDED
COMPLAINT
under the Civil Rights Act,
42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

10 Civ. 4038 (PKC) (FM)

PRO SE OFFICE

I. **Parties in this complaint:**

List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   ALFREDO VICTORIA © TM

ID #   00AZ439
Current Institution   SOUTH PORT
Address   PO BOX 2000 PINE CITY NEW YORK 14871-2000

Rev. 01/2009                                   1

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name __WILLIAM LEE__ Shield # _____
Where Currently Employed __NYS GREEN HAVEN__
Address __NYS/GREEN HAVEN__

Defendant No. 2  Name __PARCEL__ Shield # _____
Where Currently Employed __NYS/GREEN HAVEN__
Address _____

Defendant No. 3  Name __OCCONER__ Shield # _____
Where Currently Employed __NYS GREEN HAVE__
Address _____

Defendant No. 4  Name __MCKIEZER__ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5  Name _____ Shield # _____
Where Currently Employed _____
Address _____

II.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
__GREEN HAVEN CORRECTION FACILITY__

B.  Where in the institution did the events giving rise to your claim(s) occur?

*Rev. 01/2009*                                    2

C. What date and approximate time did the events giving rise to your claim(s) occur?

ON A-BLOCK AND ADMISSION GREENHAVEN DECEMBER TO DECEMBER 30 PHYSICAL ASSAULT DECEMBER 30, 2009

D. Facts:

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

I WAS ASSAULTED BY EMPLOYEES OF GREENHAVEN LEG BROKEN AND SENT TO HOSPITAL FOR A MONTH ON DEC. 30 2009 MEDICAL REPORTS SHOW LEG WAS BROKE 3 PICTURES SHOW INJURY FROM ACCESSIVE USE OF FORCE Sgt. OCCONER HELD me AGAINST BARS AND JOE DOE BROKE MY LEG PRISON GUARDS GREEN HAVEN. BEAT ON ME A-BLOCK ASSAULTED ME RAN IN CELL AND BEAT ON ME A-Block prison guards THREATED ME FROM ADMISSION TO THE FACILITY A-Block December TO December 30 2009 AT GREEN HAVEN. THREATED BY JOE DOE prison GUARD AND HIS TEAM IN ADMISSION

OTHER prisoner SCARED TO GIVE REPORT

I WAS DENIED DUE PROCESS AT Facility HEARING NO UNUSUAL INCEDENT Report TO HAVE KNOWLEDGE OF Complete incedent.

ALL THE PRISONER ON A-Block SAW IT

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. BACK RIBS HEAD BROKEN LEG TAKEN Sent to Hospital in Facility DECEMBER and EXRAYED At Outside Hospital

IV.  **Exhaustion of Administrative Remedies**:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Green Haven Correctional facility PO Box 4000 Stormville, New York 12582-4000

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ✓   Do Not Know ✓

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E.  If you did file a grievance about the events described in this complaint, where did you file the grievance? Facility

1.  Which claim(s) in this complaint did you grieve? The Assault

2.  What was the result, if any? They ignore it

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I wrote to Superintendent I wrote to Albany DOCS/NYS

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: _____

2.  If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

    *Conselor Ms. Jackson*

    *Filed Grievances*

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *Compensation for Injury and Assault by defacto Organizational Structure, Docs/ NYS U.S Constitution*

*Compensation for Assaults by Abusive System*

_____
_____
_____
_____
_____

**VI. Previous lawsuits:**

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ✓   No ____   UNDER DURESS

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____ 3.
   Docket or Index number _____
   4. Name of Judge assigned to your case_____
   5. Approximate date of filing lawsuit _____
   6. Is the case still pending? Yes ____ No ____
      If NO, give the approximate date of disposition_____
   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓   No ____   UNDER DURESS

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____
3. Docket or Index number _____
   4. Name of Judge assigned to your case_____

5. Approximate date of filing lawsuit ~~MAY~~
6. Is the case still pending? Yes ✓ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____



**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 19 day of July, 20 10

Signature of Plaintiff   Victoria Alfredo ☉™
Inmate Number   00 A Z 4 8 9
Institution Address   South Port Correctional
Facility, P.O. Box 2000
Pine City New York
14871-2000

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 19 day of July, 20 10, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Victoria Alfredo ☉™

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

10 CV 4038

__ALFREDO VICTORIA DOC # 2__
__NUWAUBIAN MOOR__

(In the space above enter the full name(s) of the plaintiff(s).)

v.

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983

Defendant No. 1 ~~_____~~ BRIAN, FISCHER 2#

Defendant No. 2 JOHN DOE, WILLIAM, LEE 3#

Defendant No. 3 JOHN POE DAVID, PATERSON 1#

Defendant No. 4 JOHN DOE ~~____~~ 4#

Defendant No. 5 JOHN DOER 5#

Jury Trial: Yes ✓ No ___
(check one)

FILED S.D. OF N.Y. 10 MAY 17 AM 9:32
RECEIVED SDNY PRO SE OFFICE 2010 APR -7 P 4:10

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

## I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name     __ALFREDO VICTORIA ©__
            ID #     __00A2484__
            Current Institution __GREEN HAVEN__
            Address __PO BOX 4000 STORMVILLE, NEW__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1    Name __BRIAN FISCHER_____ Shield #_____
                   Where Currently Employed __NYS/DOCS_____
                   Address _____

Defendant No. 2    Name __William Lee_____ Shield #_____
                   Where Currently Employed __NYS/GREEN HAVEN___
                   Address _____

Defendant No. 3    Name __JOE DOE_____ Shield #_____
                   Where Currently Employed __NYS ~~GRE~~ DOCS NY__
                   Address __GREE_____

Defendant No. 4    Name __JOE DOE_____ Shield #_____
                   Where Currently Employed __NYS/DOCS_____
                   Address _____

Defendant No. 5    Name __JOE DOE_____ Shield #_____
                   Where Currently Employed __NYS/DOCS_____
                   Address _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? __GREEN HAVEN CORRECTIONAL FACILITY__

B. Where in the institution did the events giving rise to your claim(s) occur? __ON H-BLOCK AND ADMISSION GREEN HAVEN CORRECTIONAL FACILITY (DOWNSTATE +)__

C. What date and approximate time did the events giving rise to your claim(s) occur? __December 70 December 30. PHYSICAL ASSAULT December 30 - 2009__

2

**D.    Facts:**

*What happened to you?*

I WAS ASSAULTED BY EMPLOYEE OF GREEN HAVEN LEG BROKEN AND sent to HOSPITAL FOR A MONTH ON Dec. 30 2004 MEDICAL REPORTS SHOW LEG WAS BROKE & picture SHOW INJURY FROM accessive USE OF FORCE.

*Who did what?*

JOE DOE¹ HELD me AGAINST BARS AND JOE DOE² BROKE MY LEG PRISON GUARDS GREEN HAVEN. ASSAULTED ME RAN IN CELL And BEAT ON ME A-Block PRISON GUARDS

*Was anyone else involved?*

THREATED FROM ADMISSION TO THE FACILITY BLOCK DECEMBER to December 2009 AT GREEN HAVEN. THREATED BY JOE DOE. PRISON GUARD And His TEAM. in ADMISSION

*Who else saw what happened?*

OTHER prisoner SCRARED TO GIVE REPORT BECAUSE OF ARRASSMENT BY prison GUARDS.

ALL THE PRISONER ON A-Block AND THOUGH TRANFERED WITH ME FROM ATTICA TO DOWN STATE TO GREEN HAVEN

**III.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. BACK, RIBS, HEAD, BROKEN LEG, TAKEN sent to Hospital in Facility/Doc And EX RAYED At on Side Hospital

**IV.   Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ✓   No ___

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). __GREEN HAVEN CoRRECtionaL Facility PO Box 4000 Stormville, NEW York 12582-4000__

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?
   Yes __✓__  No ____  Do Not Know __✓__

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?
   Yes __✓__  No ____  Do Not Know __✓__
If YES, which claim(s)? __I__

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose **not** cover some of your claim(s)?
   Yes ____  No ____  Do Not Know __✓__
If YES, which claim(s)? _____

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
   Yes ____  No ____
If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?
   Yes ____  No ____

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? __Facility__

   1. Which claim(s) in this complaint did you grieve? __THE Assault__

   2. What was the result, if any? __THEy Ignore it__

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. __I Wrote to Superintendent I wrote to Albany DOCS/NYS__

G. If you did not file a grievance, did you inform any officials of your claim(s)?

4

Yes ✓ No ____

1. If YES, whom did you inform and when did you inform them? I inform Docs. I informed Albany Docs 2009 - 2010

2. If NO, why not? ____

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I wrote to Albany Docs. I wrote to the Superintendent

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the court to do for you. Compensation for injury and assault by DeFacto organizational structure. DOC/S. NYS U.S. Constitution Compensation for assaults by abusive system.

VI. **Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ No ____

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If

5

there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff __ALFREDO VICTORIO © NUWAUBIAN MOOR__
Defendants __DOCS/NYS__
2. Court (if federal court, name the district; if state court, name the county) _____
_____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ___ No ___
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

On other claims

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ✓ No ___

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff __ALFREDO Victorio © NUWAUBIAN MOOR__
Defendants __DOCS/NY__
2. Court (if federal court, name the district; if state court, name the county) _____
_____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit: _____
6. Is the case still pending? Yes ___ No ___
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

6

Signed this _3_ day of _April_, 20_10_. I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Signature of Plaintiff | VICTORIO ALFREDO |
| Inmate Number | 00A2484 |
| Mailing address | GREEN HAVEN Corr. Fac. PO Box 4000 Stormville N.Y 12582-4000 |

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _3_ day of _April_, 20_10_, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _VICTORIA Alfredo_

rev. 09/04

7

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Alfredo Victorio Nuwaubian Moor
*Plaintiff*

Civil Action No.: **10 CIV 4038 (PKC)**
**JUDGE CASTEL**

v.

William Lee; John Doe;
John Doe; John Doe; John Doe;
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant(s) shall reply (answer or move) to this complaint within the time set forth on this summons. Prison Litigation Reform Act § (2)(g)(2).
SO ORDERED.

A lawsuit has been filed against you.

*[signature]*
LORETTA A. PRESKA
CHIEF JUDGE

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or *(3)* you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff(s) attorney, whose name and address are:

*PRO SE:* **ALFREDO VICTORIO NUWAUBIAN MOOR**
**DIN # 00-A-2489**
**GREEN HAVEN CORRECTIONAL FACILITY**
**P.O. BOX 4000**
**STORMVILLE, NEW YORK 12582**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RUBY KRAJICK**
CLERK OF COURT

Date: MAY 2 7 2010

*[signature]*
Signature of Clerk of Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___ALFREDO Victoria © TM___
___NUWABI MOOR___

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

_10_ Civ. _4038(PKC)_ (___)

- against -

___WILLIAM LEE / DOCS/NYS___
___PARCEL___
___OCCONEK___
___MCKIEZER 3 STEFAIONI___

**AFFIRMATION OF SERVICE**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, ___ALFREDO VICTORIA TM___, **declare under penalty of perjury** that I have
   (name)

served a copy of the attached ___AMENDED COMPLAINT___
                                  (document you are serving)

upon ___RUBY J. KRAJICK___ whose address is ___COURT PRO SE___
     (name of person served)

___CLERK UNITED STATES DISTRICT COURT 500 PEARL ST.___
                          (where you served document)

by ___POSTAL MAIL BOX SOUTH PORT___.
   (how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _____, __NY__
        (town/city)      (state)

___July___ __19__, 20_10_
 (month)   (day)   (year)

___Alfredo Victoria ©___
Signature

_____
Address

___NYS___
City, State

_____
Zip Code

_____
Telephone Number

RECEIVED COPY PRO SE OFFICE 2010 JUL 26 P 3:22

Rev. 05/2007



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM
*Pro Se* Office

**To:** The Honorable Frank Maas, USMJ

**From:** K. Johnson, *Pro Se* Office, x0177

**Date:** July 29, 2010

(PKC)

**Re:** <u>Moor v. Fischer et al.</u>, No. 10 Civ. 4038 (FM)

The attached document, which was received by this Office on <u>July 26, 2010</u> has been submitted to the Court for filing. The document is deficient as indicated below. Instead of forwarding the document to the docketing unit, I am forwarding it to you for your consideration. See Fed. R. Civ. P. 5(d)(2)(B), (4). Please return this memorandum with the attached papers to this Office, indicating at the bottom what action should be taken.

( )  No original signature.

( )  No affirmation of service/proof of service.

( )  The request is in the form of a letter.

(X)  Other: <u>Plaintiff submits the attached amended complaint. However, a review of the Court's records reflects that on June 10th an amended complaint was already filed. As a result, plaintiff must first seek permission before attempting to file another amended complaint. If accepted for filing, please instruct whether this Office can write in the word "Second" on the amended complaint to avoid any confusion.</u>

RECEIVED JUL 3 0 2010 FRANK MAAS U.S. MAGISTRATE JUDGE

(✓) **ACCEPT FOR FILING** & label as Second Am. Compl.

( ) **RETURN TO *PRO SE* LITIGANT**

Comments:

United States District Judge

_____
United States Magistrate Judge

Dated: 7/30/10